UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Isabella Nartey
                        Plaintiff,

v.                                              Case No.: 1:18–cv–05327
                                             Honorable Sharon Johnson Coleman

Franciscan Health hospital
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 11, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant's Motion to Dismiss [37] is granted. If Plaintiff believes that she can cure the deficiencies in her Corrected Amended Complaint, she may file amended papers with the Court within 30 days of the date of this Order. Enter Memorandum Opinion and Order. Due to the Court's order, defendant's motion to stay or extend discovery deadlines [42] and plaintiff's motion to compel mandatory disclosures and allow fact discovery [44] are dismissed as moot. The motion hearing set for 7/23/2019 is stricken. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.