# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Isabella Nartey

                     Plaintiff,

v.                                  Case No.: 1:18−cv−05327
                                    Honorable Sharon Johnson Coleman

Franciscan Health hospital

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 28, 2019:

       MINUTE entry before the Honorable Sharon Johnson Coleman: The Court denies plaintiff's motion for extension of time to amend to add parties to the amended complaint [48] without prejudice for failure to comply to Local Rule 5.4 and failure to prosecute pursuant to Local Rule 78.2. Plaintiff has not filed amended papers with the Court within the required 30 days of the Court's ruling on her motion to dismiss, so the case is closed. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.